# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

146992

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                           SC: 146992
                                           COA: 309492
                                           Eaton CC: 10-020234-FH

CHARLES PATRICK CRATTY,
     Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 12, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013 _____

t0826


                                    Clerk